AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| VANDA PHARMACEUTICALS, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00301-JDB |
| FOOD AND DRUG ADMINISTRATION et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VANDA PHARMACEUTICALS, INC.


Date: April 9, 2019                          /s/ Michael B. Kimberly
                                                      *Attorney's signature*

                                                      Michael B. Kimberly 991549
                                                      *Printed name and bar number*

                                                      Mayer Brown LLP
                                                      1999 K St NW
                                                      Washington, DC 20006
                                                      *Address*

                                                      mKimberly@mayerbrown.com
                                                      *E-mail address*

                                                      (202) 263-3127
                                                      *Telephone number*

                                                      (202) 263-5350
                                                      *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

/s/ Michael B. Kimberly
Michael B. Kimberly